UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**MARZARIEGOS OROSCOS**　　　　　　　　　　　**CASE NO. 25-cv-1621**

-vs-　　　　　　　　　　　　　　　　　　　　　　**JUDGE DRELL**

**PAMELA BONDI, ET AL**　　　　　　　**MAGISTRATE JUDGE PEREZ-MONTES**

ORDER

On October 27, 2025, Wuelfe Vinicio Marzariegos Oroscos a.k.a Madonado-Reyes Luis ("Petitioner"), a detainee at River Correctional Center in Ferriday, Louisiana, filed a petition for a writ of habeas corpus (Doc. 1) Today, November 7, 2025, he filed a motion entitled "Emergency Motion for Temporary Restraining Order and Stay of Removal." (Doc. 2).

On August 29, 2025, he was arrested while walking to lunch and has been wrongfully detained pursuant to 8 U.S.C. § 1225(b)(2) as he has resided in the United States since 2000. Petitioner seeks a bond hearing before the Immigration Court pursuant to 8 U.S.C. § 1226(a) or his immediate release. Additionally, Petitioner requests that he not be removed from the Western District of Louisiana.

　　Federal Rule of Civil Procedure 65 provides in relevant part:

　　The court may issue a temporary restraining order without written or oral notice to the adverse party or its attorneys only if:

A. specific facts in the affidavit or a verified complaint clearly show that immediate and irreparable injury, loss or damage will result to the movant before the adverse party can be heard in opposition; and

B. the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.

1

Fed.R.Civ.P. 65(b)(1). A review of the record reveals that Petitioner has not filed either an affidavit or a verified complaint. Accordingly, at this time, the court cannot grant the requested relief. Therefore,

**IT IS ORDERED** that the motion for a temporary restraining order is **DENIED**.

**THUS DONE AND SIGNED** at Alexandria, Louisiana this 7TH day of November 2025.

                                        **DEE D. DRELL, SENIOR JUDGE**
                                        **UNITED STATES DISTRICT COURT**